Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

OCT 29 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case No. **CV21-01820-PHX-SMM**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
) El Lauren Stacey Two/Goode Bay
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v

) THE GOODYEAR TIRE &RUBBER COMPANY
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ' Yes ' No

*Defendant(s)*

# COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name EL Lauren Stacey Two/Goode Bey

Street Address 5627 North 16th Street Apt. F-11

City and County Phoenix

State and Zip Code Arizona 85016

Telephone Number (623) 230-0869

E-mail Address itsgoodenow4me@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

Name THE GOODYEAR TIRE & RUBBER COMPANY

Job or Title *(if known)*

Street Address 200 INNOVATION WAY

City and County AKRON

State and Zip Code OHIO 44316

Telephone Number 1 (330) 796-2121

E-mail Address *(if known)* www.goodyear.com

Defendant No. 2

    Name GOODYEAR AUTO SERVICE CENTER

    Job or Title *(if known)*

    Street Address 12902 WEST. INDIAN SCHOOL ROAD

    City and County LITCHFIELD PARK

    State and Zip Code ARIZONA 85340

    Telephone Number 1(623) 536-0613

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

    Name GOODYEAR AUTO SERVICE CENTER

    Street Address 12902 WEST. INDIAN SCHOOL ROAD

    City and County LITCHFIELD PARK

    State and Zip Code ARIZONA 85340

Telephone Number 1(623) 536-0613

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

' Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
' Relevant state law
' Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business: AUTO SERVICE CENTER

B. Dates of employment: APRIL 22, 2015 - MARCH 23, 2020

C. Employee's job title and a description of the kind of work done: GENERAL MAINTENANCE TECH.

D. Rate, method, and frequency of wage payment: 17.55 PER.HOUR 40 + a week

E. Number of hours actually worked each week in which a violation is claimed: 45+ hours was worked

F. Description of the alleged violation(s) *(check all that apply)*:

' Failure to pay the minimum wage *(explain)*

' Failure to pay required overtime *(explain)*

' Other violation(s) *(explain)* HARASSMENT; WRONGFUL TERMINATION; RETALIATION; HOSTILE WORK ENVIRONMENT; DEFAMATION, SLANDER & LIBEL

G. Date(s) of the alleged violation(s): MARCH 23, 2020

H. Additional facts: EEOC VIOLATIONS Title VII, American with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:; Equal Pay Act (EPA)

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make

legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ACTUAL DAMAGES --- 2,000,000 MILLION DOLLARS

GENERAL DAMAGES --- 2,000,000 MILLION DOLLARS

FUTURE DAMAGES --- 10,000,000 MILLION DOLLARS

CONTINUING, AND COMPENSATORY DAMAGES --- 4,000,000 MILLION DOLLARS

DIRECT DAMAGES --- 10,000,000 MILLION DOLLARS

EXEMPLARY AND PUNITIVE DAMAGES --- 19,000,000 MILLION DOLLARS

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff  EL Lauren Stacey Two/Goode Bey

### B. For Attorneys

Date of signing: 10/29/2021

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Lauren S. Two/goode Bey
5627 N 16 Street Apt F-11
Phoenix, AZ 85016

From: Los Angeles District Office
255 E. Temple St. 4th Floor
Los Angeles, CA 90012

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2020-02642 | Jesus Moreno, Investigator | (213) 785-3059 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

VERNON GARDNER  Digitally signed by VERNON GARDNER
Date: 2021.09.17 09:06:41 -05'00'

For    September 17, 2021

Enclosures(s)         Rosa M. Viramontes,      *(Date Issued)*
                      District Director

cc:  Linda H. Harrold
     Legal Counsel - Labor & Employment
     The Goodyear Tire & Rubber Company
     200 Innovation Way
     Akron, OH 44316

El Lauren Stacey Two/Goode Bey
P.O. Box 24055
Phoenix Az. 85034
(623)-230-0869
itsgoodenow4me@gmail.com

November 4, 2020

REBUTTAL

Elizabeth Cradle, Director
U.S. Equal Employment Opportunity Commission
Phoenix District Office
3300 North Central Avenue
Suite 690
Phoenix, Az 85012-2504

RE: Lauren S. Two/ Goode Bey V. Goodyear Tire & Rubber Company
EEOC Charge No. 5402020-022642

On March 17, 2020 Mr. Goode never Divulged or disclosed he was or been exposed to COVID-19 after being with his girlfriend. Mr. Goode was not Instructed or asked if he was sick to get tested or to go home or be self quarantined. Mr. Goode did not divulge or disclose he was making fun of the situation or pandemic or divulge or disclose information of another's medical illness or condition. Mr. Goode was back to work on 18, 19, 20, 22 of that Month.

On March 23,2020 Mr. Goode was instructed to Call HR. Mr. Goode told the HR Specialist that he did not divulge or disclose any information to the employees, manager, or district manager being exposed or having any symptoms of COVID-19. When the HR Specialist asked Mr. Goode about his girlfriend had COVID-19 he said " NO". Then the HR Specialist asked why he joked about exposure to COVID-19. Mr. Goode stated calmly over the phone that he wasn't sick and his girlfriend wasn't sick or exposed to COVID-19. This is ridiculous to accuse me of joking about the pandemic. Mr.Goode did not refuse to cooperate; he answered the HR Specialist questions to let her know that he wasn't exposed and his girlfriend wasn't exposed. After phone call Mr. Goode was told to leave and that he was terminated from Goodyear. No attempts were made and or recorded to contact Mr. Goode by mail, email, or his cell phone. Till the 23th of the day of termination.

Mr. Goode filed for unemployment and was denied his claim, Mr. Goode had to file an appeal to show that Goodyear's accusations were hearsay that showed wrongful, unwarranted termination of Mr.Goode's employment and didn't follow state law statutes.
On April 14, 2020 Mr.Goode removed his toolboxes from Goodyear's store location of 12902 West Indian School Litchfield Park, AZ 85340.

The decision to terminate an employee is divulged and disclosed by the simple question on the application of "What race are you?". And they don't know and don't ask that question of their employees? The HR Specialist knows information about employees even knows and has on hand a background check.Mr Goode was unlawfully discriminated and treated based on his national origin and for a false disability that was a wrongful termination against federal statutes

III. Conclusion

For the foregoing reasons finding a "probable cause" is warranted on unlawful accusations, hearsay, false claims that should have been recorded or written, failure to exercise reasonable care by not following CDC or Arizona Health Department guidelines shows proof "beyond a reasonable doubt". That Mr. Goode was discriminated against under Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, as amended and similar state statutes. If any statement of COVID-19 warranted all employees tested, quarantine of the store and sanitizing to minimize a spread of COVID-19.

Very true yours,

Lauren Stacey Two/Goode Bey